**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re David E. Layton : Chapter 13

Debtor(s) : Bankruptcy No. 19-14632

NOTICE

To the debtor, debtor's counsel, and all parties in interest:

NOTICE is hereby given that:

1. This matter is reassigned to the calendar of the Honorable Eric L. Frank from the calendar of the Honorable Jean K. FitzSimon.

Dated: July 30th, 2019

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

cc:
Judge(s)
Debtor
Counsel to Debtor
Trustee
US Trustee