**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | |
| **David E. Layton** | **Chapter 13** |
| | |
| | **Bankruptcy No. 19-14632** |
| **Debtor(s)** | |

**ORDER**

AND NOW, upon consideration of the Debtors' Application for Extension of Time to File

Schedules and Chapter 13 Plan, and it appearing that good cause for granting an extension of time

has been shown,

IT IS HEREBY **ORDERED** that the Debtor is granted an extension of time, to
August 24, 2019
~~August 31, 2019~~, in order to file the schedules, Chapter 13 Plan and statements required to be

filed by National Bankruptcy Rule 1007.

Date:  8/2/19

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**