United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David E. Layton  
    Debtor

Case No. 19-14632-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: DonnaR     Page 1 of 1     Date Rcvd: Oct 10, 2019  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2019.  
db            +David E. Layton,    115 Autumn Drive,    Lititz, PA 17543-9385

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2019 at the address(es) listed below:  
        KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com  
        LORRAINE GAZZARA DOYLE    on behalf of Creditor    First Tennessee Bank National Association successor thru merger with First Horizon Home Loan Corporation Lorraine@mvrlaw.com, Diane@mvrlaw.com  
        MICHAEL D. HESS    on behalf of Debtor David E. Layton amburke7@yahoo.com  
        ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
        SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                 TOTAL: 7

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  David E. Layton : Chapter 13

        Debtor : Bankruptcy No. 19-14632-elf

## CONSENT ORDER

*AND NOW,* this 24th day of September, 2019 upon agreement of the parties in lieu of the Chapter 13 Standing Trustee's filing a motion to dismiss with prejudice, it is

*ORDERED,* that because this is the Debtor's fourth Chapter 13 bankruptcy filing since 2013, if this case is dismissed for any reason, ~~it shall be with prejudice~~: Debtor shall be prohibited from filing, individually or jointly, any subsequent bankruptcy within two (2) years without further leave of court from date of dismissal order of case. And it is further

*ORDERED,* that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the Debtor from further filings in accordance with its terms.

Date: September 13, 2019

                                          Scott F. Waterman, Esquire
                                          Chapter 13 Standing Trustee

Date:_____

                                          Attorney for Debtor

Date:_____

                                          Debtor

                          **BY THE COURT:**

Date: 10/10/19

                          **HON. ERIC L. FRANK**
                          **BANKRUPTCY JUDGE**