UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>DAVID E. LAYTON<br><br>Debtor | Chapter 13<br>Bankruptcy No.19-14632-ELF |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 10th day of December, 2019, by first class mail upon those listed below:

DAVID E. LAYTON
115 AUTUMN DRIVE
LITITZ, PA  17543

**Electronically via CM/ECF System Only:**

MICHAEL D HESS ESQ
BURKE & HESS
1672 MANHEIM PIKE
LANCASTER, PA  17601-3028

                                                                        */s/ Deborah A. Earnshaw*
                                                                        Deborah A. Earnshaw
                                                                         for
                                                                         Scott F. Waterman, Esquire
                                                                         Standing Chapter 13 Trustee