**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: David E. Layton,** | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | Bky. No.  19-14632 PMM |

# O R D E R

 AND NOW, WHEREAS:

A. The Debtor's counsel Michael D. Hess ("the Applicant") has filed an Application for Allowance of Compensation (doc. no. 31, "the Application").

B. An Order being entered contemporaneously with this Order dismissing this bankruptcy case with a two (2) year bar.

C. The Application is being considered consistent with In re Lewis, 346 B.R. 89 (Bankr. E.D. Pa. 2006).

D. The Applicant has certified that proper service has been made on all interested parties and that there has been no response filed.

E. The Debtor paid the Applicant $1,190.00 in compensation before the commencement of the case.

F. Reasonable and allowable compensation is allowed to the Applicant in the amount of $2,605.00. Expenses are allowed in the amount of $70.99.

 It is therefore, **ORDERED** and **DETERMINED** that:

1. The Application is **GRANTED**.

2. The Chapter 13 Trustee  is authorized and directed to distribute the allowed amounts to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), all funds in his possession that are available for distribution to the Applicant.

Dated: August 6, 2020

 *Patricia M. Mayer*
 _____
 **PATRICIA M. MAYER**
 **U.S. BANKRUPTCY JUDGE**