United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-14632-pmm
David E. Layton                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: DonnaR          Page 1 of 2            Date Rcvd: Aug 07, 2020
                             Form ID: pdf900       Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2020.
```
db              +David E. Layton,    115 Autumn Drive,    Lititz, PA 17543-9385
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14398219        +Aaron S. Marines, Esquire,    930 Red Rose Court, Suite 300,    Lancaster, PA 17601-1981
14362142        +Aaron Scott Marines, Esq.,    Russell Kraft & Gruber LLP,    Hempfield Center, Susite 300,
                  930 Red Rose Court, Suite 300,    Lancaster, PA 17601-1981
14434362        +Burke & Hess,    1672 Manheim Pike,    Lancaster, PA 17601-3028
14362147        +Chrysoula L. Soulidis,    847 Sylvan Road,    Lancaster, PA 17601-1987
14362150        +FMA Alliance, LTD,    12339 Cutten Road,    Houston, TX 77066-1807
14362149        +First Tennessee Bank,    PO Box 84,    Memphis, TN 38101-0084
14381717        +First Tennessee Bank National Association,    649 South Avenue,    Secane, PA 19018-3541
14362151        +Fulton Friedman & Gullace LLP,    500 First Federal Plaza,    Rochester, NY 14614-1928
14362152        +Gary G. Efstration, Esq.,    232 E. Orange Street,    Lancaster, PA 17602-3179
14362153        +Jason Layton,    258 Northridge Drive,    Landisville, PA 17538-1044
14362154         Kay Jewelers,    375 Ghat Road,    Akron, OH 44333
14431327        +KeyBridge Medical Revenue Care,    PO Box 1568,    Lima, OH 45802-1568
14427199         NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC  29603-0826
14362156        +PNC Bank Mortgage Service,    3232 Newark Drive,    Miamisburg, OH 45342-5433
14366311        +PNC Bank National Assoc,    c/o Kevin G. McDonald Esq,    701 Market Street Ste 5000,
                  Philadelphia Pa 19106-1541
14396294        +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                  Miamisburg, OH 45342-5421
14378477        +Penn State Health Community Medical Group,    PO Box 448,    East Petersburg, PA 17520-0448
14362157        +Service Master Fire & Water Cleanup,    PO Box 8676,    Lancaster, PA 17604-8676
14398220        +Servicemaster Fire & Water Cleanup Service,    c/o Aaron S. Marines,Esquire,
                  Russell, Krafft & Gruber, LLP,    930 Red Rose Court, Suite 300,    Lancaster, PA 17601-1981
14362158        +Susquehanna Bank,    1570 Manheim Pike,    Lancaster, PA 17601-3038
14362159         Udren Law Offices, P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                  Cherry Hill, NJ 08003-3620
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 08 2020 04:10:57     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14362143        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 08 2020 04:07:55     Ascension Capital Group,
                  PO Box 201347,    Arlington, TX 76006-1347
14362144         E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 08 2020 04:10:42     Asset Accpetance, LLC,
                  PO Box 2036,    Warren, MI 48090-2036
14362146         E-mail/Text: cms-bk@cms-collect.com Aug 08 2020 04:10:07     Capital Management Services, Inc.,
                  698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
14362148         E-mail/Text: mrdiscen@discover.com Aug 08 2020 04:09:57     Discover Bank,    PO Box 3008,
                  New Albany, OH 43054
14362155        +E-mail/Text: ebn@ltdfin.com Aug 08 2020 04:10:07     LTD Financial Services,
                  7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2134
14370122        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2020 04:08:00     PYOD, LLC,
                  Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14374532         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2020 04:10:24
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, Pa.  17128-0946
                                                                                              TOTAL: 8
```
```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14362145         Auto Showcase of Neffsville, Inc.
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
cr*              NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC  29603-0826
                                                                                  TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: DonnaR              Page 2 of 2              Date Rcvd: Aug 07, 2020
                              Form ID: pdf900           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2020 at the address(es) listed below:
              JILL MARIE FEIN    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               jfein@hillwallack.com,   skenny@hillwallack.com;lharkins@hillwallack.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              LORRAINE GAZZARA DOYLE    on behalf of Creditor    First Tennessee Bank National Association
               successor thru merger with First Horizon Home Loan Corporation Lorraine@mvrlaw.com,
               Diane@mvrlaw.com
              MICHAEL D. HESS    on behalf of Debtor David E. Layton amburke7@yahoo.com
              MICHAEL J. SHAVEL    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               mshavel@hillwallack.com,   skenny@hillwallack.com;lharkins@hillwallack.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: David E. Layton,** | : | Chapter 13 |
| | : | |
| **Debtor** | : | Bky. No. 19-14632 PMM |

# O R D E R

**AND NOW**, upon consideration of the Chapter 13 Trustee's Motion to Dismiss with Prejudice (doc. no. 26, the "Motion"):

**AND** a hearing having been held on the Motion on August 6, 2020;

**AND** the Debtor having entered into a Consent Order with the Chapter 13 Trustee on October 10, 2019, agreeing that if this bankruptcy case were dismissed it would be with a two (2) year bar from filing an individual or joint bankruptcy case. Doc. no. 20;

It is hereby **ORDERED** that:

1. This bankruptcy case is **DISMISSED**.

2. The Debtor is **PROHIBITED** from filing another bankruptcy case without first filing a **MOTION** docketed in this bankruptcy case **REQUESTING LEAVE OF COURT** to file and **RECEIVING PERMISSION** from the court to file the new case.

3. In the event that the Debtor attempts to file a bankruptcy case in violation of this order, **THE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION**, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action.

4. The prohibition set forth in Paragraph 2 shall **EXPIRE** on **August 7, 2022**.

5. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the

possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

6. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

7. The Court shall retain jurisdiction to determine timely filed applications for allowance of administrative expenses, including counsel Michael D. Hess's pending Application for Compensation (doc. no. 31), as well as any additional applications filed within the deadline provided in Paragraph 6.

8. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

   (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

   (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

9. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C.

§1326(a)(2).

Date: <u>August 7, 2020</u>

*Patricia M. Mayer*

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**