United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-14632-pmm
David E. Layton                                                 Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: DonnaR          Page 1 of 1          Date Rcvd: Aug 07, 2020
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2020.
db              +David E. Layton,    115 Autumn Drive,    Lititz, PA 17543-9385

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2020 at the address(es) listed below:
          JILL MARIE FEIN    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
           jfein@hillwallack.com,   skenny@hillwallack.com;lharkins@hillwallack.com
          KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          LORRAINE GAZZARA DOYLE    on behalf of Creditor    First Tennessee Bank National Association
           successor thru merger with First Horizon Home Loan Corporation Lorraine@mvrlaw.com,
           Diane@mvrlaw.com
          MICHAEL D. HESS    on behalf of Debtor David E. Layton amburke7@yahoo.com
          MICHAEL J. SHAVEL    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
           mshavel@hillwallack.com,   skenny@hillwallack.com;lharkins@hillwallack.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 9

## EASTERN DISTRICT OF PENNSYLVANIA

|                          |   |                          |
|--------------------------|---|--------------------------|
| **IN RE: David E. Layton,** | : | **Chapter 13**            |
|                          | : |                          |
| **Debtor**               | : |                          |
|                          | : |                          |
|                          | : | **Bky. No.  19-14632 PMM** |

## O R D E R

       **AND NOW**, **WHEREAS**:

A.  The Debtor's counsel Michael D. Hess ("the Applicant") has filed an Application for Allowance of Compensation (doc. no. 31, "the Application").

B.  An Order being entered contemporaneously with this Order dismissing this bankruptcy case with a two (2) year bar.

C.  The Application is being considered consistent with In re Lewis, 346 B.R. 89 (Bankr. E.D. Pa. 2006).

D.  The Applicant has certified that proper service has been made on all interested parties and that there has been no response filed.

E.  The Debtor paid the Applicant $1,190.00 in compensation before the commencement of the case.

F.  Reasonable and allowable compensation is allowed to the Applicant in the amount of $2,605.00. Expenses are allowed in the amount of $70.99.

       It is therefore, **ORDERED** and **DETERMINED** that:

1.  The Application is **GRANTED**.

2.  The Chapter 13 Trustee  is authorized and directed to distribute the allowed amounts to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), all funds in his possession that are available for distribution to the Applicant.

Dated: August 6, 2020

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**