| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-14632-PMM**

DAVID E. LAYTON
115 AUTUMN DRIVE
LITITZ  PA    17543

Petition Filed Date: 07/24/2019
341 Hearing Date: 09/24/2019
Confirmation Date:

Case Status: Dismissed Before Confirmation on 8/ 7/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/26/2019 | $350.00 | Monthly Plan P | 10/28/2019 | $350.00 | | 12/04/2019 | $350.00 | |
| 01/02/2020 | $350.00 | | 02/10/2020 | $350.00 | | 03/04/2020 | $350.00 | |
| 05/13/2020 | $350.00 | | 06/29/2020 | $350.00 | | 07/20/2020 | $350.00 | |

**Total Receipts for the Period:  $3,150.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,150.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,150.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $292.25 | Total Plan Base: | $57,000.00 |
| Funds on Hand: | $2,857.75 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.