NITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br><br>　　　David E. Layton<br>　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 19-14632-PMM |
|---|---|

### NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

David E. Layton has filed Motion to Dismiss Complaint Pursuant to Rule 12(b)(6) with the court for dismissal of the adversary proceeding.

1. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

2. **If you do not want the court to grant the relief sought in the** Motion or if you want the court to consider your views on the Motion, then on or before, **September 8, 2020 you or your attorney must file a response to the Motion.**

3. **A hearing on the Motion** is scheduled to be held on **September 17, 2020, at 11:00 a.m., in**, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, 4th Floor, Reading, PA 19606. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been cancelled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

8. **If you are not required to file electronically,** you must file your response at

　　　　　United States Bankruptcy Court
　　　　　The Gateway Building
　　　　　201 Penn Street, Suite 103
　　　　　Reading, PA 19606

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it

early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

> Michael D. Hess, Esquire
> Burke & Hess
> 1672 Manheim Pike
> Lancaster, PA  17601

Date:  August 19, 2020