## Check 1

**MEMBERS 1st FEDERAL CREDIT UNION**
P.O. Box 40
Mechanicsburg, Pennsylvania 17055

Issued By: Moneygram Payment Systems, Inc.
P.O. Box 9476, Minneapolis MN 55480
Drawee: BOKF, NA
EUFAULA, OK

No. 00 0001583934
49-55 / 1031

DATE: 09/29/20

*** FOUR THOUSAND TWO HUNDRED TEN DOLLARS AND 00 CENTS ***

$4,210.00

PAY EXACTLY 4,210 Dollars 00 Cents

TO THE ORDER OF: SHELLPOINT MORTGAGE SERVICING

OFFICIAL CHECK
Drawer: MEMBERS 1ST FEDERAL CREDIT UNION
TWO SIGNATURES REQUIRED FOR CHECK OVER $2,500.00
Jessica L. Whitmyer, CONTROLLER

## Check 2

**MEMBERS 1st FEDERAL CREDIT UNION**
P.O. Box 40
Mechanicsburg, Pennsylvania 17055

Issued By: Moneygram Payment Systems, Inc.
P.O. Box 9476, Minneapolis MN 55480
Drawee: BOKF, NA
EUFAULA, OK

No. 00 0001585923
49-55 / 1031

DATE: 10/02/20

*** THREE THOUSAND DOLLARS AND 00 CENTS ***

$3,000.00

PAY EXACTLY 3,000 Dollars 00 Cents

TO THE ORDER OF: SHELLPOINT MORTAGE SERVICING
MEMO: DAVID LAYTON
2737

OFFICIAL CHECK
Drawer: MEMBERS 1ST FEDERAL CREDIT UNION
Brandon Welk
TWO SIGNATURES REQUIRED FOR CHECK OVER $2,500.00
Jessica L. Whitmyer, CONTROLLER