## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                 :       CASE NO: 19-14632-PMM

                        :

    David E. Layton          :       CHAPTER 13

                        :

           Debtor(s)     :

### O R D E R

AND NOW, upon consideration of Debtors' Motion To Reconsider Dismissal Order dated August 7, 2020, the facts contained therein, and such other evidence as has been presented to the Court, IT IS HEREBY:

ORDERED, that the Dismissal Order dated August 7, 2020, is rescinded and Debtors' case may proceed contingent upon all payments having been made.

*Patricia M. Mayer*

**Date: October 8, 2020**

_____
Bankruptcy Judge