**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(READING)**

| | |
|---|---|
| IN RE: ) | |
| DAVID E. LAYTON ) | |
| ) | CASE NO.: 4:19-bk-14632-pmm |
| DEBTOR ) | CHAPTER 13 |
| ) | JUDGE PATRICIA M. MAYER |
| ) | |
| US BANK TRUST NATIONAL ASSOCIATION, ) | |
| NOT IN ITS INDIVIDUAL CAPACITY BUT ) | |
| SOLELY AS OWNER TRUSTEE FOR VRMTG ) | |
| ASSET TRUST ) | |
| ) | |
| MOVANT ) | |
| ) | |
| DAVID E. LAYTON, DEBTOR ) | |
| AND SCOTT F. WATERMAN, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

**CERTIFICATE OF NO OBJECTION REGARDING US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST'S MOTION FOR RELIEF (DOCKET NO. 67)**

I, Joshua I. Goldman, Esquire, attorney for Movant, do hereby certify that to the best of my knowledge, information, and belief, no answer or objection has been filed by the Debtor or the Trustee on the Motion for Relief that was filed on February 20, 2023. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than March 6, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully Submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Movant*

## **CERTIFICATE OF SERVICE**

    I, Joshua I. Goldman, attorney for Movant, do hereby certify that true and correct Copies of the foregoing Certificate of No Objection have been served on March 8, 2023, by first class mail, and/or electronic means upon those listed below:

    Respectfully submitted,

/s/ Joshua I. Goldman
JOSHUA I. GOLDMAN, ESQ.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Movant*

**SERVICE LIST (CASE NO. 4:19-bk-14632-pmm)**

*DEBTOR*
DAVID E. LAYTON
115 AUTUMN DRIVE
LITITZ, PA 17543

*ATTORNEYS FOR DEBTOR*
MICHAEL D. HESS
BURKE & HESS
1672 MANHEIM PIKE
LANCASTER, PA 17601-3028
AMBURKE7@YAHOO.COM

*TRUSTEE*
SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606
ECFMAIL@READINGCH13.COM

*ATTORNEY FOR TRUSTEE*
ROLANDO RAMOS-CARDONA
OFFICE OF SCOTT F. WATERMAN, TRUSTEE
2901 ST. LAWRENCE AVENUE
SUITE 100
READING, PA 19606-4010
ECFMAIL@READINGCH13.COM

*U.S. TRUSTEE*
UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV